

mertcedesbumagatinf

LEONARDO M. RAPADAS
United States Attorney
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

AUG 28 2007 nbc

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 07-00083 |
|---|---|
| Plaintiff, | ) **INFORMATION** |
| vs. | ) **THEFT OF GOVERNMENT PROPERTY** |
| MERCEDES C. BUMAGAT, | ) [18 U.S.C. § 641] |
| Defendant. | ) |

THE UNITED STATES ATTORNEY CHARGES:

On or about June 29, 2007, in the District of Guam, the defendant herein, MERCEDES C. BUMAGAT, willfully and knowingly did embezzle, steal, convert to her own use and without authority dispose of a thing of value of the United States, to wit: a box of telephone cards, with the intent to permanently deprive the owner the use and enjoyment thereof, of the value of less than $1,000, property of the United States, in violation of Title 18, United States Code, Section 641.

DATED this 28 day of August 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

07-00083

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No __X__   Matter to be sealed: ___ Yes __x__ No

Defendant Name _____Mercedes C. Bumagat_____

Alias Name _____

Address _____

_____Dededo, Guam_____

Birthdate __Xx/xx/1952__ SS# __xxx-xx-6605__ Sex __F__ Race __A__ Nationality __Filipino__

**U.S. Attorney Information:**

SAUSA _____Kristin D. St. Peter_____

RECEIVED AUG 28 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM

Interpreter: __X__ No ___ Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__   ___ Petty __X__ Misdemeanor ___ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 641 | Theft of Government Property | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __8/28/07__   Signature of AUSA: _____[signature] KDSP_____