
ORIGINAL

| | |
|---|---|
| 1 | LEONARDO M. RAPADAS<br>United States Attorney |
| 2 | KRISTIN D. ST. PETER<br>Special Assistant U.S. Attorney |
| 3 | Suite 500, Sirena Plaza<br>108 Hernan Cortez Ave. |
| 4 | Hagåtña, Guam 96910<br>TEL: (671) 472-7332 |
| 5 | FAX: (671) 472-7334 |
| 6 | Attorneys for the United States of America |

**FILED**
DISTRICT COURT OF GUAM

AUG 28 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

UNITED STATES OF AMERICA, ) CRIMINAL CASE NO. 07-00083
  Plaintiff, )
                          ) **UNITED STATES' REQUEST**
  vs.                     ) **FOR ISSUANCE OF A SUMMONS**
                          )
MERCEDES C. BUMAGAT,      )
                          )
  Defendant.              )

Comes now the United States of America and requests this Honorable Court issue a summons for defendant, MERCEDES C. BUMAGAT, based on an Information filed charging the defendant with Theft of Government Property in violation to Title 18, United States Code, Section 641.

Respectfully submitted this 28 day of August 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *(signature)*
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney