```
 1  LEONARDO M. RAPADAS
    United States Attorney
 2  KRISTIN D. ST. PETER
    Special Assistant U.S. Attorney
 3  Suite 500, Sirena Plaza
    108 Hernan Cortez Ave.
 4  Hagåtña, Guam 96910
    TEL: (671) 472-7332
 5  FAX: (671) 472-7334
 6  Attorneys for the United States of America
```

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 07-00083 |
| Plaintiff. | ) |
| vs. | ) **O R D E R** |
| | ) **re United States' Request for** |
| MERCEDES C. BUMAGAT, | ) **Issuance of Summons** |
| Defendant. | ) |

Upon the filing of an Information and at the request of the government,

IT IS SO ORDERED that a summons be issued for the above-named defendant to appear before this Court on Tuesday, September 18, 2007, at 9:00 a.m.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Aug 29, 2007