AO83 (Rev. 10/03) Summons in a Criminal Case

**FILED**
**DISTRICT COURT OF GUAM**
AUG 30 2007
JEANNE G. QUINATA
Clerk of Court

# UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | |
| MERCEDES C. BUMAGAT | Case Number: CR-07-00083 |
| (Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>District Court of Guam<br>3rd Floor, U.S. Courthouse, 520 West Soledad Avenue<br>Hagatna, Guam 96910 | Room<br>302 |
|---|---|
| | Date and Time<br>Tuesday September 18, 2007 at 9:00 a.m. |
| Before: MAGISTRATE JUDGE JOAQUIN V.E. MANIBUSAN, JR. | |

To answer a(n)
☐ Superseding Indictment   ☒ Information   ☐ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of ___18___ United States Code, Section(s) ___641___

Brief description of offense:

**THEFT OF GOVERNMENT PROPERTY**

RECEIVED
AUG 2 2007
US MARSHALS SERVICE-GUAM

**WALTER M. TENORIO, Deputy Clerk**
Name and Title of Issuing Officer

Signature of Issuing Officer

August 29, 2007
Date

**ORIGINAL**

# RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me | 8/30/07 |

### Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant at: US Probation Office Guam

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

[ ] Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned _8/30/07_
Date

_J. Salas_
Name of United States Marshal

_[signature]_
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.