
**ORIGINAL**

1  LEONARDO M. RAPADAS
   United States Attorney
2  BENJAMIN A. BELILES
   Special Assistant U.S. Attorney
3  Sirena Plaza Suite 500
   108 Hernan Cortez Avenue
4  Hagatna, Guam 96910
   Telephone: (671) 472-7332
5  Telecopier: (671) 472-7334

6  Attorneys for United States of America



**FILED**
DISTRICT COURT OF GUAM

NOV 0 9 2007

JEANNE G. QUINATA
Clerk of Court

8               IN THE UNITED STATES DISTRICT COURT
9                    FOR THE DISTRICT OF GUAM

11 | UNITED STATES OF AMERICA,      ) CRIMINAL CASE NO. 07-00083
                                    )
12 |              Plaintiff,         )
                                    ) **STIPULATION OF PARTIES**
13 |                                 ) **TO CONTINUE TRIAL DATE**
       vs.                           )
14 |                                 )
   MERCEDES C. BUMAGAT,             )
15 |                                 )
                 Defendant.          )
16 |_____)

Comes now the parties, United States of America, by and through the undersigned attorneys, and defendant, MERCEDES C. BUMAGAT, by and through her attorney, Richard P. Arens, Assistant Federal Public Defender, and hereby stipulate and request to continue the trial date currently set for November 13, 2007, to a date convenient with the Court, possibly on November 25 or 26, 2007.

It is further stipulated and agreed by and between the parties, that the time period beginning and including November 8, 2007, to and including the new, rescheduled trial date, be excluded under 18 U.S.C. § 3161(h)(8)(A) of the Speedy Trial Act.

The parties make this request for the reason that this case was referred to U.S. Probation on October 1, 2007 for investigation to determine if Pretrial Diversion is appropriate for MERCEDES C. BUMAGAT. Due to unavoidable delay, U.S. Probation has been unable to

complete its investigation and will require more time for completion.  The ends of justice served by granting such continuance outweigh the best interest of the public and the defendant in a speedy trial.

SO STIPULATED:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

11/6/07
Date

BENJAMIN A. BELILES
Special Assistant U.S. Attorney

11/8/07
Date

RICHARD P. ARENS
Assistant Federal Public Defender
Attorney for Defendant