# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00083 |
| Plaintiff, | ) | |
| vs. | ) | |
| MERCEDES C. BUMAGAT, | ) | ORDER |
| Defendant. | ) | |

On November 21, 2007, the United States filed a motion to vacate the trial date because the Defendant had entered a pretrial diversion program for an 18-month period. See Docket No. 15. The United States Probation Office advised the court that the pretrial diversion agreement was executed on November 21, 2007.

Accordingly, the court dismisses the Information herein without prejudice for a period of 18 months, commencing on November 21, 2007. If the charge is not reinstated by motion of the United States within said 18-month period, this case shall be dismissed with prejudice without further order of the court.

IT IS SO ORDERED.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Nov 26, 2007