JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
MERCEDES C. BUMAGAT

FILED
DISTRICT COURT OF GUAM

JUN 26, 2008 P.D.

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 07-00083 |
| Plaintiff, | ) STIPULATION TO RETURN ) DEFENDANT'S PASSPORT |
| vs. | ) |
| MERCEDES C. BUMAGAT, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the defendant's passport heretofore turned over to the U.S. Probation Office be released and returned to the defendant forthwith so the passport may be renewed. After renewal, the defendant must return the passport forthwith to the U.S. Probation Office. U.S. Probation Maria Cruz concurs with this stipulation

IT IS SO STIPULATED:

DATED: Mongmong, Guam, June 24, 2008.

JOHN T. GORMAN
Attorney for Defendant
MERCEDES C. BUMAGAT

KURT E. GRUNAWALT
Attorney for Plaintiff
UNITED STATES OF AMERICA