JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:  (671) 472-7111
Facsimile:  (671) 472-7120

Attorney for Defendant
MERCEDES C. BUMAGAT

IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00083 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| | ) | re Stipulation to Return Defendant's |
| MERCEDES C. BUMAGAT, | ) | Passport for Renewal Purposes |
| Defendant. | ) | |

Upon stipulation of the parties,

IT IS HEREBY ORDERED that the Defendant's passport be released to the defendant for purposes of renewal. The Defendant shall return the passport to the U.S. Probation Office forthwith after renewal.



/s/ Joaquin V.E. Manibusan, Jr.
    U.S. Magistrate Judge
Dated: Jun 30, 2008